UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MADISON FUR LLC d/b/a YVES SALOMON,

                                                            Civil Action No: 120-cv-05031-AKH

                              Plaintiff,                  AMENDED
                                                                  DEFAULT JUDGMENT

       -against-

EAST 33rd REALTY LLC,
                              Defendant.
-------------------------------------------------------------------x

       Plaintiff having duly commenced this action by filing the Complaint herein (the "Complaint") in the Office of the Clerk of this Court on July 1, 2020, and the Defendant East 33rd Realty LLC having been duly served with the Summons and Complaint by service upon the New York Secretary of State on July 15, 2020, and an amended Complaint having been filed on February 8, 2021, and the Defendant East 33rd Realty LLC having been duly served with the Summons and Amended Complaint by service upon the New York Secretary of State on February 11, 2021, and proof of service having been duly filed (Doc. #9) and the Defendant having not answered the Amended Complaint, and the time for Defendant to answer the Amended Complaint having expired, and Defendant being in default in appearing, and the Defendant's default having been noted by the Clerk of the Court on April 7, 2021 (Doc. #11) it is

       ORDERED, ADJUDGED AND DECREED, that the Plaintiff MADISON FUR LLC d/b/a YVES SALOMON, a Delaware limited liability company duly authorized as a foreign limited liability company in the State of New York maintaining its principal place of business at 3 Rue Cite Paradis, 75010, Paris, France, have judgment against Defendant EAST 33rd REALTY LLC, a Delaware limited liability company duly authorized as a foreign limited liability company in the

-2-

State of New York maintaining its principal place of business c/o Thor Equities LLC, 25 West 39th Street, 11th fl., New York, NY 10018, in the liquidated amount of $360,000.00, with 9% pre-judgment interest thereupon from April 1, 2020 and August 10, 2021, amounting to $44,028.49, plus costs in the amount of $465.00, amounting in all to the sum of $404,493.49, plus post-judgment interest pursuant to 28 U.S.C. Section 1961.

Dated: New York, New York
          August 25   2021

                                              /s/ Hon. Alvin K. Hellerstein
                                                     U.S.D.J.