The motion is withdrawn. The Clerk shall terminate ECF No. 31. So ordered.
/s/ Alvin K. Hellerstein
June 29, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON FUR LLC d/b/a YVES SALOMON,<br><br>                              Plaintiff,<br>      v.<br><br>EAST 33rd REALTY LLC.<br><br>                              Defendant. | Case No.  1:20-cv-05031-AKH |

**NOTICE OF WITHDRAWAL OF MOTION**
**TO COMPEL RESPONSES TO INFORMATION SUBPOAENAS**

**PLEASE TAKE NOTICE** that judgment creditor YS USA Holding Inc. ("Judgment Creditor") hereby withdraws its Motion to Compel Responses to Information Subpoenas.

Respectfully submitted,

Dated:  June 28, 2022

**HAND BALDACHIN & ASSOCIATES LLP**

_____
Adam B. Michaels
1740 Broadway, 15th Floor
New York, NY 10019
Tel: (212) 956-9508
Fax: (212) 376-6080
amichaels@hballp.com
*Attorneys for Judgment Creditor*
*YS USA Holding Inc.*